UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SABRINA DARBY | CIVIL ACTION NO. 6:19-cv-01073 |
| VERSUS | JUDGE SUMMERHAYS |
| U.S. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision is REVERSED and REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).[1] More particularly, the Commissioner is instructed to reevaluate the claimant's residual functional capacity, to make a specific finding with regard to whether the claimant can sustain

---

[1] A fourth sentence remand constitutes a final judgment that triggers the filing period for an EAJA fee application. *Shalala v. Schaeffer*, 509 U.S. 292 (1993); *Freeman v. Shalala*, 2 F.3d 552, 553 (5th Cir. 1993).

employment, and to make a specific finding with regard to whether the claimant's obesity, when analyzed in combination with her other impairments, is disabling. The claimant should be permitted to update the medical evidence and to testify at another hearing.

Signed at Lafayette, Louisiana, this 7th day of August, 2020.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE